IN THE COURT OF APPEAL for THE Second Court of Appeals of TEXAS

PD-0785-15

MARK BRANIGAN,
    APPELLANT

V.

THE STATE OF TEXAS,

NO. 02-13-00490-CR

6/20

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

## MOTION for EXTENSION of TIME TO FILE APPELLANTS PDR

TO THE HONORABLE COURT OF APPEALS:

THE APPELLANT RESPECTFULLY REQUESTS THAT THE COURT GRANT AND EXTENSION OF TIME FOR THE Filing of APPELLANT's PDR IN THIS CAUSE. THE Following ALLEGATIONS ARE MADE IN SUPPORT OF THIS MOTION:

### I.

THE COURT BELOW IS THE 432nd DISTRICT COURT OF TARRANT COUNTY (1292313D) - STYLE AND Number OF CASE IS STATE V. MARK BRANIGAN.

### II.

ON OCTOBER 4 2013 A JURY Found APPELLANT Guilty of MURDER And ASSESSED HIS Punishment AT FORTY YEARS' CONFINEMENT IN THE Institutional DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. APPELLANT IS IN CUSTODY.

### III.

APPELLANT JUST RECIEVED JUDGEMENT 6/19/15 From the 432nd DISTICT COURT From ATTORNEY MIKE BERGER which IS MY OPINION and Order AFFirming THE JUDGEMENT OF THE TRIAL COURT.

## III. CONTINUED:

OUR INSTITUTION IS JUST RECENTLY COMING OFF LOCKDOWN, I HAVE NO INCLINATION AS TO A P D R I WOULD SURELY NEED TIME FOR I AM LAMENT TO THE LAW CONCERNING SUCH MATTERS.

## IV. NO. 02-13-00490-CR

THE APPELLANT IS ASKING IF THE COURT COULD ASK OR GRANT ME ASSISTANCE DUE TO MY BEING INDIGENT AND DUE IN PART TO MY BEING LAMENT OF THE LAW?

## V.

BEFORE APPELLANT COULD POSSIBLY BEGIN TO WORK ON CASE HE'D HAVE TO MAKE APPOINTMENTS TO LAW LIBRARY. THEN ATTEMPT TO SEEK OUT ASSISTANCE WHICH MAY NOT BE FORTHCOMING. IN ADDITION, THIS EXTENSION IS NOT A REQUEST FOR PURPOSES OF DELAY. INSTEAD ADDITIONAL TIME IS REQUIRED TO FULLY RESEARCH AND PREPARE THE APPELLANT'S P.D.R. SO THAT LEGAL ISSUES ARE PROPERLY PRESENTED TO THE COURT. AND THE APPELLANT MUST SEEK HELP IN DOING SO FOR HE HIMSELF ISN'T ABLE TO PROCEED FURTHER WITHOUT SUCH HELP.

## VII. The Court Below is 32nd District Court of Tarrant

THE APPELLANT RESPECTFULLY REQUESTS

AND EXTENSION TIME OF AUG. 20th 2015 TO FILE HIS PDR AND ALSO THE APPELLANT REQUESTS THE TO APPOINT COUNSEL TO ASSISTANCE FOR I AM INDIGENT AND CLUELESS TO THE PROCEEDINGS.

RESPECTFULLY Submitted,

MARK BRANIGAN
APPELLANT

Mark Branigan